**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Raymond COLON, Petitioner.**

**No. 61 MM 2007.**

Supreme Court of Pennsylvania.

June 26, 2007.

### ORDER

PER CURIAM.

AND NOW, this 26th day of June, 2007, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is denied.

**James H. WILLIAMS, Petitioner,**

v.

**John S. SHAFFER, PH.D. Executive Deputy Secretary PA. Department of Corrections Right to Know Law Exceptions Officer, Respondent.**

Supreme Court of Pennsylvania.

June 26, 2007.

### ORDER

PER CURIAM.

The Petition for Allowance of Appeal is **Granted.** The Order of the Commonwealth Court is reversed and the matter is remanded to that court with direction to address the petition for review on its merits. The Petition for Remand filed on behalf of Respondent is dismissed as moot.